

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00074-CV

**IN THE INTEREST OF S.P.A.T.,** a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15371
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, we modify the trial court's termination order to delete the subsection (D) finding and we **AFFIRM** the trial court's judgment in all other respects.

SIGNED September 10, 2025.

_H. Todd McCray_____
H. Todd McCray, Justice